Dismissed and Memorandum Opinion filed November 6, 2003









Dismissed and Memorandum Opinion filed November 6,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00288-CV

____________

 

ABEL CASTILLO, Appellant

 

V.

 

ELLO FURNITURE, Appellee

 



 

On Appeal from the 165th
District Court

 Harris County, Texas

Trial Court Cause No. 00-65450 

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed December 12, 2002.

On October 24, 2003, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 6, 2003.

Panel consists of Justices
Edelman, Frost, and Guzman.